UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE: BRIAN DELEON LIVINGSTON      Case No.: 11-10593-KKS
REBECCA LEANN HODGE,

    Chapter 13

Debtors.
_____/

## NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-2, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Bankruptcy Court at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the movant's attorney, Lisa C. Cohen, Ruff & Cohen, P. A., 4010 Newberry Road, Suite G, Gainesville, FL 32607.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

## MOTION FOR APPROVAL OF POSTCONFIRMATION
## MODIFICATION OF CHAPTER 13 PLAN

COME NOW the debtors pursuant to 11 U.S.C. §1329 and request that this court approve a postconfirmation modification to the debtors' Chapter 13 Plan and would show unto the court as follows:

1. On June 6, 2012, this court entered an order confirming the debtor's First Amended Chapter 13 Plan.

2. The debtors have two children. They have recently separated and are now paying for two separate households. They have determined that they can no longer afford to keep their home which was in arrears $29,423.80 at the time of the filing. The attached proposed Modified Confirmed Plan provides for a surrender of the home while still providing to pay unsecured creditors 100% plus interest.

3. The debtors are not able to get current in a short period of time the three payments they previously missed. The modified plan provides to spread those missed payments over the remaining term of the plan.

RUFF & COHEN, P.A.<br>
4010 Newberry Road, Suite G<br>
Gainesville, FL  32607<br>
(352) 376-3601<br>
Attorneys for Debtors

By: _Lisa C Cohen_
Lisa C. Cohen
FL Bar #558291

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, along with a copy of the debtors' First Modified Chapter 13 Plan, was furnished by electronic or standard mail to all creditors and parties in interest pursuant to the matrix attached to the original filed with the court on the 2nd day of October, 2013.

_____
Lisa C. Cohen

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-1<br>Case 11-10593-KKS<br>Northern District of Florida<br>Gainesville<br>Tue Oct  1 17:48:43 EDT 2013 | BANK OF AMERICA, N.A.<br>7105 CORPORATE DR<br>PLANO, TX 75024-4100 | HSBC Bank Nevada, N.A. by PRA Receivables M<br>PO Box 12907<br>Norfolk, VA 23541-0907 |
| HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | Quantum3 Group LLC as agent for MOMA Funding<br>PO Box 788<br>Kirkland, WA 98083-0788 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| The Bank of New York Mellon fka The Bank Of<br>c/o Gladstone Law Group PA<br>1499 W Palmetto Pk Rd #300<br>Boca Raton, FL 33486-3322 | United States Trustee<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 | 1st Choice Immediate Care Center<br>128 NW 137th Drive<br>Newberry, FL 32669-2658 |
| 1st Choice Immediate Care Center<br>128 Northwest 137th Drive<br>Newberry, FL 32669-2658 | Applied Bank<br>P.O. Box 17120<br>Wilmington, DE 19886-7120 | Bank of America/The Bank of New York<br>P.O. Box 650070<br>Dallas, TX 75265-0070 |
| Betsy B. Beers, MD/Dermatology Assoc.<br>350 NW 76th Drive, Suite A<br>Gainesville, FL 32607-6663 | Campus USA Credit Union<br>P.O. Box 96099<br>Charlotte, NC 28296-0099 | Campus USA Credit Union<br>Post Office Box 147029<br>Gainesville, FL 32614-7029 |
| Chiropractic Associates of Gainesville<br>3703 SW 13th Street<br>Gainesville, FL 32608-3500 | Clinical Pathology Laboratories<br>6490 Hazeltine National Drive, Suite 170<br>Orlando, FL 32822-5155 | Credit Collections USA<br>A/F Betsy B. Beers, MD<br>16 Distributor Drive, Suite 1<br>Morgantown, WV 26501-7209 |
| Credit Collections USA<br>A/F Southeast Integrated Medica.<br>256 Greenbag Road, Suite 1<br>Morgantown, WV 26501-7158 | Credit Collections USA<br>A/F Southeast Integrated Medica.<br>P.O Box 873<br>Morgantown, WV 26507-0873 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Diversified Consultants<br>A/F T-Mobile<br>P.O. Box 551268<br>Jacksonville, FL 32255-1268 | Doctors Imaging Group<br>P.O. Box 147026<br>Gainesville, FL 32614-7026 | Florida Department of Agriculture<br>and Consumer Services<br>Bureau of Entomology & Pest Control<br>3125 Connor Blvd., Suite N<br>Tallahassee, FL  32399-1650 |
| Florida Dept of Ag & Consumer Svcs<br>The Capitol<br>Tallahassee, FL 32399-0800 | GE Capital Retail Bank<br>c/o Leading Edge Recovery Sol.<br>5440 N. Cumberland Avenue, Suite 300<br>Chicago, IL 60656-1486 | Gainesville Health & Fitness<br>12830 SW 1st Lane<br>Newberry, FL 32669-3260 |
| Gainesville Health & Fitness<br>4820 Newberry Road<br>Gainesville, FL 32607-2289 | Gladstone Law Group, P.A.<br>A/F Bank of America/Bank of New York<br>1499 W. Palmetto Park Road, Suite 300<br>Boca Raton, FL 33486-3322 | Gulf Coast Collection Bureau<br>A/F University of Florida Physicians<br>5630 Marquesas Circle<br>Sarasota, FL 34233-3331 |

| | | |
|---|---|---|
| HSBC<br>A/P Helzberg Diamonds<br>P.O. Box 5226<br>Carol Stream, IL 60197-5226 | HSBC<br>P.O. Box 5222<br>Carol Stream, IL 60197-5222 | HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 |
| Helzberg Diamonds<br>P. O. Box 49353<br>San Jose, CA 95161-9353 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Laboratory Corp. of America Holdings<br>P.O. Box 2240<br>Burlington, NC 27216-2240 |
| Leading Edge Recovery Sol.<br>A/P GE Capital Retail Bank<br>5440 N. Cumberland Avenue, Suite 300<br>Chicago, IL 60656-1486 | MACD<br>A/P 1st Choice Immediate Care Center<br>P.O. Box 2842<br>Tampa, FL 33601-2842 | McKenzie Noel<br>4183 Brooker St.<br>Orlando, FL 32811 |
| Ocwen Loan Servicing, LLC<br>P.O. Box 6440<br>Carol Stream, IL 60197-6440 | PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | Park Avenue Dental<br>912-B NW 56 Terrace<br>Gainesville, FL 32605-6404 |
| Sallie Mae<br>P.O. Box 9500<br>Wilkes Barre, PA 18773-9500 | Sallie Mae Inc. on behalf of USA FUNDS<br>Attn: Bankruptcy Litigation Unit E3149<br>P.O. Box 9430<br>Wilkes-Barre, PA 18773-9430 | Shands Healthcare<br>P.O. Box 48458<br>Oak Park, MI 48237-6058 |
| Southeast Integarted Medical<br>4881 NW 8th Avenue, Suite 2<br>Gainesville, FL 32605-4582 | Stephen E. Landay, M.D.<br>7109 NW 11th Place, Suite E<br>Gainesville, FL 32605-3141 | Stuart Sussman<br>137 Eighth St.<br>W. Keansburg, NJ 07734-3004 |
| T-Mobile<br>3606 Southwest Archer Road<br>Gainesville, FL 32608-2413 | University of Florida Physicians<br>P.O. Box 830913<br>Birmingham, AL 35283-0913 | Brian Deleon Livingston<br>407 NW 233rd Terrace<br>Newberry, FL 32669-2291 |
| Eric Steven Ruff<br>Ruff & Cohen, P.A.<br>4010 Newberry Road, Ste. G<br>Gainesville, FL 32607-2368 | Leigh D. Hart<br>P.O. Box 646<br>Tallahassee, FL 32302-0646 | Lisa Caryl Cohen<br>Ruff & Cohen, P.A.<br>4010 Newberry Road, Ste. G<br>Gainesville, FL 32607-2368 |
| Rebecca Leann Hodge<br>407 NW 233rd Terrace<br>Newberry, FL 32669-2291 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Department of Treasury
Internal Revenue Service
Atlanta, GA 39901-0025

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Quantum3 Group LLC as agent for          (d)Recovery Management Systems Corporation     (u)The Bank of New York Mellon fka The Bank O
MOMA Funding LLC                             25 S.E. 2nd Avenue, Suite 1120
PO Box 788                                   Miami, FL 33131-1605
Kirkland, WA  98083-0788


End of Label Matrix
Mailable recipients   54
Bypassed recipients    3
Total                 57